UNITED STATES DISTRICT COURT
DISRICT OF NEW JERSEY

| | |
|---|---|
| ADVANCED VASCULAR ASSOCIATES LLC,<br><br>      Plaintiff,<br><br>-against-<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,<br><br>      Defendant. | Index No: 3:25-cv-00689-MAS-JTQ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Advanced Vascular Associates LLC by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant Horizon Blue Cross Blue Shield of New Jersey without prejudice. Each party shall bear their own costs.

Dated: Fair Lawn, New Jersey
   October 29, 2025

            GOTTLIEB & GREENSPAN, LLC
            *Attorneys for Plaintiff*

     By: /s/ Michael Gottlieb
        Michael Gottlieb
        17-17 Route 208, Suite 250
        Fair Lawn, New Jersey 07410
        201-644-0890
        mgottlieb@gottliebandgreenspan.com

**So Ordered this 3rd day of November 2025**

**Honorable Michael A. Shipp, U.S.D.J.**

1